**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHAY BANK, | CV 08-6404 PA (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| JPMORGAN CHASE BANK, | |
| Defendant. | |

Pursuant to the Court's April 27, 2009 Order granting the motion for summary judgment filed by plaintiff Cathay Bank ("Cathay") and denying the motion for summary judgment filed by defendant JPMorgan Chase Bank ("Chase"), there are no remaining claims pending in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. Cathay shall have judgment in its favor against Chase in the amount of $100,000 plus prejudgment interest of $6,424.66 (calculated at a rate of 7% per year from May 27, 2008 to April 27, 2009);

2. Cathay shall be entitled to post-judgment interest on all sums owing at the legal judgment rate specified in 28 U.S.C. § 1961(a) and (b); and

3.     Cathay shall recover its costs of suit.

The Clerk is ordered to enter this Judgment.

IT IS SO ORDERED.

DATED:  May 23, 2009

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE